Mr. Dallas Tingle, Sr.
P.O.B 500 (P.T.H.U #3)
Georgetown DE
19947

Jan 18, 06

Clerk of Court,                    06-7 (JJF)

    I am writting to let you know that I have recieved this notice (of Electronic Filing) through the mail. I had originally sent you my 1983 form, I don't have a copy for self. I also didn't serve a copy to the Def. Should I send a copy of this action, with a 285 form back to you? I have absolutely no idea the steps I'm supposed to take. Because I did not keep a copy of my 1983 form, could you please send me a copy. Thank-you!

Sincerely
Dallas Tingle Sr.


FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Utility Events**

1:06-cv-00007-UNA Tingle v. Burns et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rjb, entered on 1/11/2006 at 4:05 PM EST and filed on 1/11/2006
**Case Name:**  Tingle v. Burns et al
**Case Number:**  1:06-cv-7
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-7 Notice will be electronically mailed to:**

**1:06-cv-7 Notice will be delivered by other means to:**

Dallas Tingle
SBI #215041
SCI
P.O. Box 500
Georgetown, DE 19947

I/M: Dallas Tomlee S. BLDG: P.T.H.U #3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
S.B.I 215041



1116  U.S. POSTAGE  PB 2230370
7980  $00.390  JAN 19 06
2519                19947

Clerk of Court
U.S. District Court
844 N. King St Lockbox 18
Wilmington DE
19801-3570

19801435370 12