Printed: 1/24/2006

*Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 11/6/2005 through 12/31/2005*

Page 1 of 2

SBI: 00215041        NAME:    TINGLE, DALLAS

| Date | Balance |
|---|---|
| 11/06/2005 | $0.00 |
| 11/07/2005 | $0.00 |
| 11/08/2005 | $0.00 |
| 11/09/2005 | $0.00 |
| 11/10/2005 | $15.00 |
| 11/11/2005 | $15.00 |
| 11/12/2005 | $15.00 |
| 11/13/2005 | $15.00 |
| 11/14/2005 | $15.00 |
| 11/15/2005 | $15.00 |
| 11/16/2005 | $2.02 |
| 11/17/2005 | $2.02 |
| 11/18/2005 | $22.02 |
| 11/19/2005 | $22.02 |
| 11/20/2005 | $22.02 |
| 11/21/2005 | $22.02 |
| 11/22/2005 | $22.02 |
| 11/23/2005 | $6.77 |
| 11/24/2005 | $6.77 |
| 11/25/2005 | $6.77 |
| 11/26/2005 | $6.77 |
| 11/27/2005 | $6.77 |
| 11/28/2005 | $6.77 |
| 11/29/2005 | $6.77 |
| 11/30/2005 | $6.77 |
| 12/01/2005 | $6.77 |
| 12/02/2005 | $6.77 |
| 12/03/2005 | $6.77 |
| 12/04/2005 | $6.77 |
| 12/05/2005 | $6.77 |
| 12/06/2005 | $26.77 |
| 12/07/2005 | $20.08 |
| 12/08/2005 | $20.08 |
| 12/09/2005 | $20.08 |
| 12/10/2005 | $20.08 |
| 12/11/2005 | $20.08 |
| 12/12/2005 | $20.08 |
| 12/13/2005 | $20.08 |
| 12/14/2005 | $5.48 |
| 12/15/2005 | $5.48 |
| 12/16/2005 | $5.48 |
| 12/17/2005 | $5.48 |
| 12/18/2005 | $5.48 |
| 12/19/2005 | $55.48 |
| 12/20/2005 | $55.48 |
| 12/21/2005 | $49.79 |
| 12/22/2005 | $49.79 |
| 12/23/2005 | $49.79 |

06 cv 7 (JJF)



FILED

JAN 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 1/24/2006     *Average Daily Balance For Pauper Filing*     Page 2 of 2
*For Days the Individual was in Residence at SCI from 11/6/2005 through 12/31/2005*

**SBI: 00215041**     **NAME:**     **TINGLE, DALLAS**

| Date | Balance |
|---|---|
| 12/24/2005 | $49.79 |
| 12/25/2005 | $49.79 |
| 12/26/2005 | $49.79 |
| 12/27/2005 | $49.79 |
| 12/28/2005 | $17.90 |
| 12/29/2005 | $27.90 |
| 12/30/2005 | $27.90 |
| 12/31/2005 | $27.90 |

Summary for 'SBI' = 00215041 (56 detail records)     **Average Daily Balance:**    $18.71

# Prior Month -- Individual Statement

Date Printed: 1/24/2006        Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00215041 | TINGLE | DALLAS | | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 11/6/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail MO | REGINA ALLEN | 11/10/2005 | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 |
| Commissary | | 11/16/2005 | ($12.98) | $0.00 | $0.00 | $0.00 | $2.02 |
| Mail MO | JULIA TINGLE | 11/18/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $22.02 |
| Commissary | | 11/23/2005 | ($15.25) | $0.00 | $0.00 | $0.00 | $6.77 |
| | | | | | | Ending Mth Balance: | $6.77 |

## Prior Month -- Individual Statement

Date Printed: 1/24/2006            Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $6.77 |
|---|---|---|---|---|---|---|---|
| 00215041 | TINGLE | DALLAS | | | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | JULIA TINGLE | 12/6/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $26.77 |
| Commissary | | 12/7/2005 | ($6.69) | $0.00 | $0.00 | $0.00 | $20.08 |
| Commissary | | 12/14/2005 | ($14.60) | $0.00 | $0.00 | $0.00 | $5.48 |
| Visit MO | REGINA ALLEN | 12/19/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $55.48 |
| Commissary | | 12/21/2005 | ($5.69) | $0.00 | $0.00 | $0.00 | $49.79 |
| Visit MO | REGINA ALLEN | 12/28/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $59.79 |
| Visit MO | REGINA ALLEN | 12/28/2005 | $5.00 | $0.00 | $0.00 | $0.00 | $64.79 |
| Commissary | | 12/28/2005 | ($46.89) | $0.00 | $0.00 | $0.00 | $17.90 |
| Copies | | 12/29/2005 | $0.00 | $0.00 | ($2.00) | $0.00 | $17.90 |
| Mail MO | JULIA TINGLE | 12/29/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $27.90 |
| | | | | | Ending Mth Balance: | | $27.90 |