In The United States District Court
For the District of Delaware

Dallas .O. Tingle Sr ,               *
                                     *
                                     *        C
            v.                       *        No. 06-07 , JJF
                                     *
                                     *
Dr. Roberta Burns, Susan Shapell ,   *
                                     *

**MOTION FOR** : To amened Civil Action 06-07 JJF

**COMES NOW**, the petitioner, Dallas Tingle Sr. , pro se
and moves this Honorable Court to grant this writ for the following reasons:

I want to remove Dr. Roberta Burns,

I wish to add Correctional Medical Services
(c.m.s.).



FILED

FEB 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

**WHEREFORE,** due to the foregoing reasons, the petitioner requests that this
writ be granted and an order issued for his release.

Dated: 01-30-06                      Dallas Tingle Sr
                                     Sussex Correctional Institution
                                     Route 113, P.O. Box 500
                                     Georgetown, DE 19947