Mr. Dallas Tingle, Sr.
P.O.B 500 (P.T.H.U# 3)
Georgetown DE
19947

~~Jan 18, 06~~
Jan 30, 06

06-7 (JJF)

Clerk of Court,

I am writting to let you know that I have recieved this notice (of Electronic filing) through the mail. I had originally sent you my 1983 form. I don't have a copy for self. I also didn't serve a copy to the Def. Should I send a copy of this action, with a 285 form back to you? I have absolutely no idea the steps I'm supposed to take. Because I did not keep a copy of my 1983 form, could you please send me a copy. Thank-you!

Sincerely
Dallas Tingle Sr.

FILED
FEB 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned